No. 668. BROSS ET AL. *v.* BOARD OF COUNTY SUPERVISORS OF FAIRFAX COUNTY, VIRGINIA, ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *J. Sloan Kuykendall* and *E. A. Prichard* for petitioners. *Frederick T. Gray* and *Ralph G. Louk* for respondents.

No. 686, Misc. BUTLER *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 697, Misc. LEE *v.* HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Peter M. Lind,* Assistant Attorney General, for respondent.

No. 794, Misc. HALL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 804, Misc. LOPEZ *v.* CALIFORNIA; and
No. 817, Misc. WINHOVEN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner in No. 804, Misc. Reported below: 60 Cal. 2d 223, 384 P. 2d 16.

No. 823, Misc. TIMMONS *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 323. SHENANDOAH VALLEY BROADCASTING, INC., ET AL. *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS. The petition for rehearing is granted and the last sentence of the *per curiam* opinion announced on October 21, 1963, 375 U. S. 39, 41, is amended to read: "The petition is therefore granted and the judgment is re-